Franklin ANDERSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 105, 2016

Supreme Court of Delaware.

Submitted: July 13, 2016
Decided: July 22, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1411004241.

DISMISSED.